# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KAREN A. THOBEN**<br><br>       **Plaintiff,**<br><br>       **v.**<br><br>**MAGELLAN HRSC, INC.**<br>**d/b/a MAGELLAN HEALTH SERVICES,**<br>**INC.**<br><br>       **Defendant.** | **Case No. 1:14-cv-00927-RBW** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Karen A. Thoben and Defendant Magellan HRSC, Inc.[1] hereby stipulate, agree and request that each and every claim brought by Plaintiff in the above-captioned action is voluntarily dismissed with prejudice, without costs, attorneys' fees or interest to either party.

It is hereby ORDERED that each and every one of the claims brought by Plaintiff Karen A. Thoben in the above-captioned action shall be, and hereby are, DISMISSED with prejudice.

---

[1] Though Plaintiff has identified the Defendant in her caption as "Magellan HRSC, Inc. d/b/a/ Magellan Health Services, Inc.", Defendant does not, in fact, do business as "Magellan Health Services, Inc."

Dated:  January 7, 2015

Respectfully submitted,

LITTLER MENDELSON, P.C.

By:      */s/ Richard W. Black*
Richard W. Black (Bar No. 467982)
S. Libby Henninger (Bar No. 976352)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W., Suite 900
Washington, D.C. 20036
202.842.3400 (telephone)
202.842.0011 (facsimile)
rblack@littler.com
lhenninger@littler.com

*Counsel for Defendant*
*Magellan HRSC, Inc.*


*/s/ John F. Kennedy*
John F. Kennedy, Esq.
Kennedy & Dolan
200-A Monroe Street, Suite 305
Rockville, MD 20850

Patrick A. Malone, Esq.
Patrick Malone & Associates, P.C.
1111 16th Street, N.W.
Suite 400
Washington, DC 20036

*Counsel for Plaintiff*

**SO ORDERED:**


_____          Date: _____
Hon. Reggie B. Walton
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2015, I electronically filed the foregoing Stipulation of

Dismissal With Prejudice using the CM/ECF system, which will then send notification of such

filing (NEF) to the following:

> John F. Kennedy, Esq.
> Kennedy & Dolan
> 200-A Monroe Street, Suite 305
> Rockville, MD 20850
>
> Patrick A. Malone, Esq.
> Patrick Malone & Associates, P.C.
> 1111 16th Street, N.W.
> Suite 400
> Washington, DC 20036
>
> Counsel for Plaintiff

> _/s/ S. Libby Henninger_
> S. Libby Henninger